**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1139

KENRICK HAMILTON, a/k/a Brian M.,

Plaintiff - Appellant,

v.

MICHAEL GACHES, Office of Chief Counsel-TSA; CIVIL RIGHTS DIVISION, Office of Civil Rights and Liberties/TSA; ACTING SECRETARY CHAD WOLF, U.S. Department of Homeland Security; ATTORNEY GENERAL OF THE UNITED STATES, Main Justice Building; UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF VIRGINIA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:19-cv-01235-AJT-IDD)

Submitted: April 14, 2020                                      Decided: April 17, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenrick Hamilton, Appellant Pro Se. Matthew James Mezger, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenrick Hamilton appeals the district court's order dismissing for lack of subject matter jurisdiction his employment discrimination action against his former employer, the Transportation Security Administration, filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hamilton v. Gaches*, No. 1:19-cv-01235-AJT-IDD (E.D. Va. Jan. 30, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*